

January 17, 2025

ATTN: CLERK OF THE COURT
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO 63102

  RE: *Tashonda Troupe v. St. Louis, County, Missouri, et al.*
     Cause No. 24-1036
     Fed. R. App. P. 28(j)

Dear Clerk of the Court:

  St. Louis County Defendant-Appellees submit this letter under Federal Rule of Appellate Procedure 28(j). On January 14, 2025, a panel for the Court of Appeals for the Eighth Circuit, consisting of the Honorable Judges Lavenski Smith, Duane Benton, and Ralph Erickson, heard argument in the matter of *Tashonda Troupe v. St. Louis, County, Missouri, et al.*, Cause Number 24-1036. During the argument, counsel for St. Louis County Defendant-Appellees brought to the panel's attention a case which was not cited in Defendant-Appellees Response Brief, *Hanover Ins. Co. v. Harding Enterprises, LLC*, 2018 WL 497528 (E.D. Mo. Jan. 22, 2018). Defendant-Appellees contend that this case provides pertinent information contradicting Appellant's argument that it was impermissible



for her to serve Defendant-Appellees with discovery in this matter during the fourteen (14) months the underlying case was pending because the District Court never held a Rule 16 conference. St. Louis County Defendant-Appellees submit this case for further consideration by the Court.

If you require any additional information, I may be contacted by phone at (314) 615-7038 or via email at pbritt@stlouiscountymo.gov.

Sincerely,

*Portia Britt*

Portia Britt
Missouri Bar Number 69016
Associate County Counselor
Office of the County Counselor
41 S. Central Avenue
Clayton, Missouri 63105
(314) 615-7038
pbritt@stlouiscountymo.gov

## Certificate of Compliance with Type-Volume Limit

1. St. Louis County Defendant-Appellees' Fed. R. App. P. 28(j) letter complies with the word limit of Fed. R. App. P. 28(j) because excluding the parts of the document exempted by Fed. R. App. P. 32(f), Appellees' letter contains 181 words.

2. St. Louis County Defendant-Appellees' Fed. R. App. P. 28(j) letter complies with the typeface requirements of Fed. R. App. P. 32(a)(5), as well as the type-style requirements of Fed. R. App. P. 32(a)(6) because Appellees' Fed. R. App. P. 28(j) letter has been prepared in a proportionally spaced typeface using Version 2402 of Microsoft Word in 14-point Times New Roman.

*/s/ Portia Britt*
Attorney for Appellees
January 17, 2025

# **CERTIFICATE OF SERVICE**

    I hereby certify that on January 17, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*/s/ Portia Britt*
